AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:15-cv-1317 (RNC) |
| Ronald Lupica | ) |
| *Defendant* | ) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __01/08/2016__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __04/05/2016__

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:15-cv-01317-RNC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD LUPICA, ) | |
| ) | |
| Defendant. ) | |

DEFAULT **JUDGMENT**

Upon the Clerk of the Court's entry of default against defendant Ronald Lupica (docket no. 10) for his failure to plead or otherwise defend in this action, and the Plaintiff United States' Request For Default Judgment, judgment is entered in favor of the plaintiff United States of America and against the defendant Ronald Lupica for unpaid federal income tax liabilities for the 1999, 2000, 2001, 2002, 2007, and 2009 taxable years in the amount of $1,021,884.91, plus statutory additions from July 10, 2015, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until the judgment is satisfied.

Dated: 1/8/2016

/s/ Terri Glynn
Deputy Clerk of Court

I hereby attest and certify that this is a copy of a document which was electronically filed with the United States District Court for the District of Connecticut

Date Filed: January 8, 2016

Robin D. Tabora, Clerk

By: _____
Deputy Clerk